**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BRELL, SEAN C                             § Case No. 12-80671
                                                 §
                                                 §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $239,946.37   *(without deducting any secured claims)* | Assets Exempt:  $85,794.00 |
| Total Distribution to Claimants: $659.61 | Claims Discharged Without Payment: $3,403.00 |
| Total Expenses of Administration: $1,816.80 | |

    3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,023.59 (see **Exhibit 2**), yielded net receipts of $2,476.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $233,157.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,816.80 | 1,816.80 | 1,816.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,143.00 | 659.61 | 659.61 | 659.61 |
| **TOTAL DISBURSEMENTS** | $237,300.00 | $2,476.41 | $2,476.41 | $2,476.41 |

4) This case was originally filed under Chapter 7 on February 28, 2012. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2013          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 FLSTF Harley Davidson Motorcycle (23,000 mi | 1129-000 | 6,000.00 |
| 2005 Arctic Cat F-7 Carb (2400 miles) | 1129-000 | 1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRELL, SEAN C | Distribution paid 100.00% on $5,023.59; Claim# SURPLUS; Filed: $5,023.59; Reference: 8200-002 | | 5,023.59 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,023.59** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America Home Loans | 4110-000 | 185,956.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar Mortgage | 4110-000 | 47,201.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$233,157.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 7.95 | 7.95 | 7.95 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,139.75 | 1,139.75 | 1,139.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 619.10 | 619.10 | 619.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,816.80 | $1,816.80 | $1,816.80 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 740.00 | 658.90 | 658.90 | 658.90 |
| 1I | Discover Bank | 7990-000 | N/A | 0.71 | 0.71 | 0.71 |
| NOTFILED | Consumers Coop Cred Un | 7100-000 | 3,403.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $4,143.00 | $659.61 | $659.61 | $659.61 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80671  
**Case Name:** BRELL, SEAN C  

**Period Ending:** 02/20/13

**Trustee:** (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/28/12 (f)  
**§341(a) Meeting Date:** 04/05/12  
**Claims Bar Date:** 08/01/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | single family residence, Location: 7505 Windsor | 153,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash on hand | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account with Consumers Credit Union | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account with Consumers Credit Union | 52.37 | 0.00 | DA | 0.00 | FA |
| 5 | normal household furniture including tables and | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | man's wearing apparel | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 7 | IRA wth Edward Jones Advisory Solutions Located | 78,194.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2001 Chevrolet Silverado (163000 miles) | 5,000.00 | 902.37 | DA | 0.00 | FA |
| 9 | 2001 FLSTF Harley Davidson Motorcycle (23,000 mi | 7,000.00 | 6,000.00 | | 6,000.00 | FA |
| 10 | 2005 Arctic Cat F-7 Carb (2400 miles) | 3,000.00 | 2,000.00 | | 1,500.00 | FA |
| 11 | Snowmobile Trailer | 250.00 | 0.00 | DA | 0.00 | FA |
| **11** | **Assets  Totals** (Excluding unknown values) | **$249,946.37** | **$8,902.37** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**         **Current Projected Date Of Final Report (TFR):**   September 26, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80671  
**Case Name:** BRELL, SEAN C  
**Taxpayer ID #:** **-***4348  
**Period Ending:** 02/20/13  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******94-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/12 | | Sean Brell | Pymt on Compromise Re: Vehicles | | 7,500.00 | | 7,500.00 |
| | {9} | | Pymt on Compromise  6,000.00 | 1129-000 | | | 7,500.00 |
| | {10} | | Pymt on Compromise  1,500.00 | 1129-000 | | | 7,500.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,475.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,450.00 |
| 10/29/12 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $619.10, Trustee Compensation; Reference: | 2100-000 | | 619.10 | 6,830.90 |
| 10/29/12 | 102 | BRELL, SEAN C | Distribution paid 100.00% on $5,023.59; Claim# SURPLUS; Filed: $5,023.59; Reference: | 8200-002 | | 5,023.59 | 1,807.31 |
| 10/29/12 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,147.70 | 659.61 |
| | | | Dividend paid 100.00%  1,139.75 on $1,139.75; Claim# ATTY; Filed: $1,139.75 | 3110-000 | | | 659.61 |
| | | | Dividend paid 100.00%  7.95 on $7.95; Claim# EXP; Filed: $7.95 | 3120-000 | | | 659.61 |
| 10/29/12 | 104 | Discover Bank | Combined Check for Claims#1,1I | | | 659.61 | 0.00 |
| | | | Dividend paid 100.00%  658.90 on $658.90; Claim# 1; Filed: $658.90; Reference: 9622 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  0.71 on $0.71; Claim# 1I; Filed: $0.71; Reference: 9622 | 7990-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 7,500.00 | 7,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 7,500.00 | 7,500.00 | |
| Less: Payments to Debtors | | 5,023.59 | |
| **NET Receipts / Disbursements** | **$7,500.00** | **$2,476.41** | |

{} Asset reference(s)

Printed: 02/20/2013 11:01 AM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 12-80671 | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|
| **Case Name:** | BRELL, SEAN C | **Bank Name:** | The Bank of New York Mellon |
|  |  | **Account:** | 9200-******94-66 - Checking Account |
| **Taxpayer ID #:** | **-***4348 | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 02/20/13 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  7,500.00
Less Payments to Debtor :  5,023.59
_____
Net Estate :  $2,476.41

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******94-66** | 7,500.00 | 2,476.41 | 0.00 |
|  | $7,500.00 | $2,476.41 | $0.00 |